IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS                                                                  NO. 1:15cr36HSO-RHW

CALVIN DEWAYNE ALLEN

### AMENDED MOTION FOR RECONSIDERAION OF SENTENCE

COMES NOW the Defendant, CALVIN DEWAYNE ALLEN, by and through undersigned counsel, and moves this Court for Reconsideration of Sentence in this case and in support thereof would show this Honorable Court the following:

1. That the Defendant was sentenced before this Court on August 5, 2015.

2. That the Court has the ability to amend sentencing at any time.

3. The Defendant requests a new detention hearing so that the Court may have an opportunity to release the Defendant from custody under conditions as determined by the Court.

WHEREFORE, PREMISES CONSIDERED, the Defendant, Calvin Dewayne Allen, respectfully moves this Honorable Court to reconsider the sentence and grant the Defendant release under such conditions as this Court deems appropriate.

DATED THIS the 19th day of August, 2015.

Respectfully Submitted,

By: /s/ Calvin Taylor
CALVIN TAYLOR
Attorney for Defendant

# CERTIFICATE

I, Calvin Taylor, Attorney for the Defendant in the above styled and numbered cause, do hereby certify that I have this date mailed the original of the above and foregoing Motion to the Clerk of Court using the ECF system.

DATED, this the 19th day of August, 2015.

/s/ Calvin Taylor
CALVIN TAYLOR

PREPARED AND SUBMITTED BY:
HON. CALVIN TAYLOR
ATTORNEY AT LAW
POST OFFICE BOX 0006
PASCAGOULA, MS 395680006
TELEPHONE: (228) 6960111
EMAIL: taylorlawfirm39567@gmail.com
MS. BAR NO: 09529