IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**UNITED STATES**

v.  Crim. No. 1:15cr36-HSO-RHW-1
     Civil No. 1:16cv200-HSO

**CALVIN ALLEN**

## ORDER DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. § 2255

BEFORE THE COURT is the Motion [19] of Defendant Calvin Allen to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255, which came on for an evidentiary hearing before the Court. In accordance with the findings of fact and conclusions of law made at the hearing held in this matter on August 27, 2019, and for the reasons stated on the record at the hearing,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion [19] of Defendant Calvin Allen to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 is **DENIED**.

**SO ORDERED AND ADJUDGED**, this the 27th day of August, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE