IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CALVIN ALLEN

v.  Civil No. 1:16cv200-HSO

UNITED STATES

AND

UNITED STATES

v.  Crim. No. 1:15cr36-HSO-RHW-1

CALVIN ALLEN

## FINAL JUDGMENT

For the reasons given in the Order denying Defendant Calvin Allen's Motion [19] to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, pursuant to 28 U.S.C. § 2255, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.

**ACCORDINGLY, IT IS HEREBY ORDERED AND ADJUDGED** that, this case is dismissed.

**SO ORDERED AND ADJUDGED**, this the 27th day of August, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE